E-FILED
Monday, 22 November, 2004 09:41:18 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
NOV 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ORIGINAL

# UNITED STATES DISTRICT COURT

Central District of Illinois

John L. Lee

V.

Laborers' Local #231 Pension Plan Bd. of Trustees (et. al)

Alias

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-CV-1213

RECEIVED

TO: (Name and address of Defendant)

Craig Baum
2503 Broadway
Pekin, Il. 61554

11-15

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. Lee (pro se)
1204 Henrietta St
Pekin, Il. 61554

an answer to the complaint which is served on you with this summons, within 20 days after serv of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

DATE 10/19/04

s/ R. Knox
(By) DEPUTY CLERK

**Court:** Other

**Number:** NE04CV1213

**Process Payor :**

LEE, JOHN - -Phone: RES: (309) 353-8105 Ext.

**Address:**

1204 HENRIETTA STR PEKIN, IL 61554- Date Occupied: 21-OCT-04

**Title:**

JOHN L LEE

VS

CRAIG BAUM; MICHAEL CULLINAN; KENNETH AUPPERLE; JOHN M EVANS; RANDY G DRURY; JOHN S EVANS; ROBERT SCHROEDER; MICHAEL TAYLOR

**Writ:** Alias Summons

**Received:** ______

**Returned:** ______

**Bill Sent:** ______

## SHERIFF'S FEES

| | |
|---|---|
| Service: | $____.____ |
| Mileage: ( ) Return: | $____.____ |
| Commission | $____.____ |
| Certificate of Sale | |
| Certified Mail | ____.____ |
| Publication Deed | ____.____ |
| | ____.____ |
| | ____.____ |
| Total: | $____.____ |

11-18

## PERSONS TO BE SERVED

### CRAIG BAUM

**Person Served:** GARY SCIORTINO

**Title:** ADMINISTRATOR/AGE 55

**Address:**

2503 BROADWAY PEKIN, IL 61554- Date Occupied: 21-OCT-04

**Sex:** M **Race:** W

**D.O.B.:**

**Place:** 2503 BROADWAY PEKIN, IL

**Time / Date of Service:** 11:40AM 10/25/04

**By Whom:** [signature]

**Mileage:** ______

**Court Date/Time:** 11/18/2004 00:00

**JACKET COMMENT**

**Most Recent Address:**

2503 BROADWAY PEKIN, IL 61554- Date Occupied: 21-OCT-04

**Employment:**

No Employment Information.

12453

**JOHN L LEE**
**VS**
**CRAIG BAUM; MICHAEL CULLINAN; KENNETH AUPPERLE**

Case Number: NE04CV1213

**COURT PAPER TYPE : Alias Summons**
**COURT PAPER SUMMARY: -BAUM, CRAIG**
**COURT PAPER STATUS: Completed**

**Individual Summary: BAUM, CRAIG - DOB: RACE: Unknown SEX: Male**
**Individual Return / Service Status: Served**

Substitute Served this writ this 25 day of October , 2004 ,
by reading it to the within named GARY SCIORTINO **ADMINISTRATOR**.

Served Sex: M Served Race: W Served DOB: __

Comment: SUBSTITUTE SERVICE @ 2503 BROADWAY, PEKIN, IL
AGE 55

Service, . . . . . . . . . . . . . . . . . . $ 15.00

Miscellaneous Fees:

s/ Robert M. Huston SHERIFF

1 attempt(s) - 2 miles necessary travel from Tazewell County Sheriff's Office to place of service of within named person and return,

1

$ .50 per mile . . . . . . . . . . . . . $ 1.00 By TCSP PROCESS SERVER ALAN JOHNSON - ID # 3

Return . . . . . . . . . . . . . . . . . $ .00

TOTAL . . . . . . . . . . . . . . . . . . $ 16.00

ATTACHMENTS:

PAID

12453